EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Assistant U.S. Attorney

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 20 2004

at 10 o'clock and 18 min. 12 M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THEODORE MARK BONILLA,<br><br>                    Defendant. | CR. NO. CR04-00198 DAE<br><br>INFORMATION<br><br>[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)] |

INFORMATION

        The United States Attorney for the District of Hawaii

charges:

        On or about May 1, 2004, in the District of Hawaii, the

defendant, THEODORE MARK BONILLA, then being an unlawful user of

a controlled substance as defined in Title 21, United States Code

§802, did knowingly possess in and affecting commerce a firearm,
to wit, an RG Industries, Model 14, .22 caliber revolver bearing
an obliterated serial number.

All in violation of Title 18, United States Code,
Sections 922(g)(3) and 924(a)(2).


DATED: ___May 19, 2004___, at Honolulu, Hawaii.



EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
RONALD G. JOHNSON
Chief, Violent Crimes Section


_____
EDRIC M. CHING
Assistant U.S. Attorney


United States v. THEODORE MARK BONILLA
"Information"
Cr. No. _____