ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2008

at 8 o'clock and 45 min A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 04-00198DAE-01 |
| THEODORE MARK BONILLA<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | **Date and Time** |
| Before: David Alan Ezra, United States District Judge | Monday, July 7, 2008<br>at 11:15 a.m. |

To Answer a Supervised Release Violation Petition

Brief description of offense:

That on or about 3/21/2008, the offender associated with a person convicted of a felony, without the permission of the Probation Officer, in violation of Standard Condition No. 9.

Sue Beitia
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

June 12, 2008
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 04-00198DAE-01
USA vs. Theodore Mark Bonilla

## RETURN OF SERVICE

Service as made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____        _____ Mark M. Hanohano _____
                Date                                Name of United States Marshal

                                    _____
                                    (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shelly Ebersole*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Shelly Ebersold  C. Date of Delivery: 6-14-08 |
| 1. Article Addressed to:<br><br>Theodore Mark Bonilla<br>HC3 Box 11014<br>Keeau, HI  96749 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 9249 9334 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: *Sharon*

2008 JUN 23 AM 4:

---



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7007 2560 0000 9249 9334

Total Postage & Fees  $ 5.49

T.M. Bonilla  06/12/08  CR 04-00198-01