# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00198DAE |
| CASE NAME: | USA v. Theodore Bonilla |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | William Domingo |
| USPO: | Kevin Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | 07/07/2008 | TIME: | 11:15am-12:00pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to violation.

Allocution by defendant.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD in abeyance.

Submitted by:  Theresa Lam, Courtroom Manager