ORIGINAL
PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK #6530
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
THEODORE MARK BONILLA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 08 2008

at 3 o'clock and 45 min. P M
SUE BEITIA, CLERK

LODGED

JUL 07 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00198 DAE |
|---|---|
| Plaintiff, | ) WITHDRAWAL AND |
|  | ) SUBSTITUTION OF COUNSEL |
| vs. |  |
| THEODORE MARK BONILLA, |  |
| Defendant. |  |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, SHANLYN A.S. PARK, Assistant Federal Public

Defender, attorney for Defendant, THEODORE MARK BONILLA, in the

above-entitled matter, and hereby withdraws as attorney of record and substitutes WILLIAM DOMINGO, as privately retained counsel for Defendant.

DATED: Honolulu, Hawaii, __JUL 0 8 2008__.

_____
SHANLYN A.S. PARK
Withdrawing Counsel for Defendant

_____
WILLIAM DOMINGO
Appearing Counsel for Defendant

_____
THEODORE MARK BONILLA
Defendant

APPROVED AND SO ORDERED:

_____
for The Honorable BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

In the United States District Court, for the District of Hawaii,
United States v. Theodore Mark Bonilla, Cr. No. 04-00198 DAE;
Withdrawal and Substitution of Counsel